IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TIMOTHY GOODMAN and<br>MARY ANN GOODMAN,<br>     Plaintiffs,<br><br>v.<br><br>EDWARD C. HEATH d/b/a TRUCK<br>& EQUIPMENT CO. & STEVE<br>DEWBERRY<br>     Defendants | )<br>)<br>)<br>)   Civil Action File No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR PERSONAL INJURY

COME NOW Plaintiffs, Timothy Goodman and Mary Ann Goodman, by and through their counsel, and file this, their Complaint for Personal Injury, and show unto the Court the following:

### THE PARTIES

1.

Plaintiffs Timothy Goodman and Mary Ann Goodman are adult, resident citizens of the State of North Carolina.

2.

Defendant Edward Heath d/b/a Truck & Equipment Company is a sole proprietorship owned by Edward Heath and operating in Georgia with its principal place of business in Bremen, Haralson County, Georgia. Edward Heath d/b/a Truck & Equipment Company (hereinafter "Truck & Equipment Company") is therefore subject to the jurisdiction and venue of this Court. Said Defendant may be personally served at its principal place of business located at 6389 U.S. Highway 78, Bremen, Georgia 30110.

3.

Defendant Steve Dewberry is an adult resident citizen of Georgia and is subject to the jurisdiction and venue of this Court. Mr. Dewberry may be personally served at his place of employment at Truck & Equipment Company, 6389 U.S. Highway 78, Bremen, Georgia 30110.

## JURISDICTION

4.

This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 on the basis that Plaintiffs and Defendants reside in different states and the amount in controversy between the parties exceeds $75,000.00, exclusive of interest and costs.

## VENUE

5.

Venue is appropriate pursuant to 28 U.S.C. §1391 in that the Northern District of Georgia is the judicial district in which the principal place of business of the defendant Truck & Equipment Company is located.

6.

## NATURE OF ACTION

7.

This Complaint is brought to recover for personal injuries sustained by Timothy Goodman as a result of the negligence of Steve Dewberry, an employee of Defendant Trucking & Equipment Company.

8.

This Complaint is also brought to recover damages sustained by Plaintiff Mary Ann Goodman due to the loss of consortium of her spouse, Timothy Goodman.

## FACTUAL BACKGROUND

9.

On or about September 10, 2009, Plaintiff Timothy Goodman was hauling a Genie Manlift on his semi-tractor trailer to be delivered to Truck & Equipment Company in Bremen, Georgia.

10.

When Plaintiff Timothy Goodman arrived at Truck & Equipment Company, he maneuvered his truck into position at the loading dock and prepared to raise the boom and basket of the Manlift which had to be done in order to remove the equipment from the back of his truck.

11.

Mr. Goodman was unable to operate the boom from the basket and therefore went to the rear of the Manlift in order to operate the basket from the control panel located at the rear of the Manlift.

12.

While Plaintiff Timothy Goodman was standing at the control panel, trying to raise the boom, an employee of Trucking & Equipment Company, Steve Dewberry, negligently operated the controls from the basket, causing the equipment to move backwards into Plaintiff Timothy Goodman, pinning his leg between the trailer and the Manlift and causing serious injury to his leg.

13.

At all times relevant to this action, the Truck & Equipment employee, Steve Dewberry was acting in the scope of his employment with Defendant Truck & Equipment Company.

14.

The negligence of the Defendant employee, Steve Dewberry, included but may not be limited to, failing to exercise due care in the operation of heavy equipment.

15.

At all times material to this action, Steve Dewberry was acting as an employee, agent or servant of, and in the course and scope of his employment with Defendant Truck & Equipment Company and, therefore, Defendant Truck & Equipment Company is liable under the doctrine of respondeat superior.

16.

As a result of Defendants' negligence, Plaintiff Timothy Goodman suffered severe personal injuries.

17.

As a result of Defendants' negligence, Plaintiff Mary Ann Goodman suffered loss of consortium of her spouse.

## COUNT ONE

18.

Plaintiffs repeat, re-allege and re-aver each and every allegation set forth in the paragraphs above as if fully set forth herein.

19.

Defendants Edward Heath d/b/a Truck and Equipment Company and Steve Dewberry having been negligent as described above and said negligence having resulted in severe injury to Plaintiff Timothy Goodman, Plaintiff Timothy Goodman is entitled to recover of said

Defendants all damages allowed under Georgia law, including, but not limited to, damages for pain and suffering, past and future lost wages and past and future medical expenses.

## COUNT TWO

20.

Plaintiffs repeat, re-allege and re-aver each and every allegation set forth in the paragraphs above as if fully set forth herein.

21.

Defendants, having been negligent as described above and said negligence having resulted in severe injury to Plaintiff Timothy Goodman, Plaintiff Mary Ann Goodman is entitled to recover from Defendants for her loss of consortium as the legal spouse of Timothy Goodman.

## DEMAND FOR JURY TRIAL

22.

Plaintiffs demand a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for relief as follows:

(a)  That process issue and Defendants be served according to law;

(b)  That Plaintiffs have a trial by jury of their peers;

(c)  That Plaintiffs have a judgment against Defendants, for all damages allowed under Georgia law and in an amount to be proven at the time of trial;

(d)  That the costs of the within action be cast upon the Defendants; and,

(e)  Such other, further and different relief as this Court deems just and appropriate.

-6-

This 28th day of April, 2011.

                                            s/ Merlyn B. Dodson
                                            Robert N. Katz
                                            Georgia Bar No. 409055
                                            Merlyn B. Dodson
                                            Georgia Bar No. 141805
                                            Attorneys for Plaintiffs
                                            KATZ STEPP WRIGHT & FLEMING LLC
                                            150 East Ponce de Leon Avenue, Suite 300
                                            Decatur, Georgia 30030
                                            404-240-0400
                                            rkatz@thekatzlawfirm.com
                                            ldodson@thekatzlawfirm.com